# MEMORANDA

OF

CASES DECIDED DURING THE PERIOD EMBRACED IN THIS
VOLUME, AND NOT REPORTED IN FULL.

————◆————

### WILLIAM L. WILSON *v.* STEPHEN H. MILLS *et. al.*

(*Decided in May,* 1871.)

A pilot may recover the penalty for refusing to accept his services provided for
by the pilotage laws (1 Laws of 1857, p. 500, ch. 243, § 29), although the offer
and refusal were made beyond the territorial jurisdiction of the State.

APPEAL by defendants from a judgment of a District Court.

*D. & T. McMahon,* for appellants.

*Thomas H. Hubbard,* for respondent.

Opinion of the court* by LARREMORE, J.

Judgment affirmed.

Reported in full in.10 Abb. Pr. N. S. 143.

————

### JOHN G. HAVILAND *et al. v.* LOUISA D. WEHLE.

(*Decided in January,* 1872.)

In the New York Marine Court, under Laws of 1831, ch. 300, § 34, an action can-
not be commenced against a resident defendant by short attachment. The
attachment in such cases must be returnable in not less than six nor more than
twelve days, and must (except as otherwise provided by § 36) be served in
accordance with 2 R. S. pt. 3, ch. 2, tit. 4, art. 2.

APPEAL by plaintiffs from a judgment of the general term
of the Marine Court, affirming an order of that court at spe-
cial term, vacating an attachment.

*Dubois Smith,* for appellants.

*Charles Wehle,* for respondent.

Opinion of the court† by LOEW, J.

Judgment affirmed.

Reported in full in 43 How. Pr. 59.

---

* Present, DALY, Ch. J., LARREMORE, and J. F. DALY, JJ.
† Present, DALY, Ch. J., ROBINSON, and LOEW, JJ.